In re Ralph CARLSON, Employee,

Donovan Construction Company and
Twin City Fire Insurance Co./ITT
Specialty Risk, Relators,

v.

Gerald B. Forrette, Respondent.

No. C5–01–2065.

Supreme Court of Minnesota.

Feb. 5, 2002.

Miriam P. Rykken, Judge, Workers' Compensation Court of Appeals.

John H. Guthmann, Hanson, Dordell, Bradt Odlaug & Bradt, St. Paul, for Relator.

Gerald Forrette (pro se), Minneapolis, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 2, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Edward C. Stringer
Justice